**510**

STATE of New Mexico, ex rel. Alexander F. SCERESSE, District Attorney, Second Judicial District, State of New Mexico, Petitioner,

v.

John B. McMANUS, Jr., District Judge, Second Judicial District, State of New Mexico, Respondent,

and

James W. Trimble, Real Party in Interest.

No. 8020.

Supreme Court of New Mexico.

Nov. 4, 1965.

CARMODY, Chief Justice, and CHAVEZ, NOBLE, MOISE and COMPTON, Justices, concurring.

Ordered that the petition for alternative writ of mandamus be and the same is hereby denied.

Hoyt Eugene HUFFMAN, a minor, and Martin Lee Huffman, a minor, by Maxine Huffman Kimes, their mother and next friend; Henry Paul Huffman, individually and as Administrator of the Estate of Lloyd Lee Huffman, Deceased, Relators,

v.

The DISTRICT COURT OF the FOURTH JUDICIAL DISTRICT, IN AND FOR the COUNTY OF SAN MIGUEL, State of New Mexico, the Honorable Matias A. Zamora, District Judge, and Audrey Huffman, Real Party in Interest, Respondent.

No. 8031.

Supreme Court of New Mexico.

Nov. 10, 1965.

CARMODY, Chief Justice, and CHAVEZ, NOBLE, MOISE and COMPTON, Justices, concurring.

Ordered that the petition for writ of prohibition be and the same is hereby denied.